AVMI, L.L.C., ET AL

VERSUS

METAIRIE TOWERS CONDOMINIUM
ASSOCIATION, INC., ET AL

NO. 24-CA-428

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

February 14, 2025

Jalisa Walker

Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

## APPLICATION FOR REHEARING DENIED WITHOUT REASONS

**SUS**
**JGG**
**MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>02/14/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-CA-428**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (District Judge)

George B. Recile (Appellee)
Karen M. Dicke (Appellee)
Catherine F. Giarrusso (Appellee)
Kathleen P. Rice (Appellee)
Brandi F. Ermon (Appellee)
Jed M. Mestayer (Appellee)

Shannon M. Frese (Appellee)
Michael D. Lane (Appellee)
Danica B. Denny (Appellee)
Patrick J. Schepens (Appellee)
Charles B. Long (Appellee)

Stephen C. Resor (Appellee)

### MAILED

Phoebe A. Hathorn (Appellee)
Attorney at Law
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Eric J. O'Bell (Appellee)
Attorney at Law
3500 North Hullen Street
Metairie, LA 70002

Kristen L. Burge (Appellee)
Rachal D. Chance (Appellee)
Attorney at Law
400 Poydras Street
Suite 1300
New Orleans, LA 70130

Matthew R. Fransen (Appellee)
Richard E. King (Appellee)
Attorney at Law
639 Loyola Avenue
Suite 1800
New Orleans, LA 70113

Michael N. Beekhuizen (Appellee)
Carpenter, Lipps, LLP
280 North High Street
Suite 1300
Columbus, OH 43215

Jeffrey K. Coreil (Appellee)
Attorney at Law
One Petroluem Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503

Kevin O. Larmann (Appellee)
Attorney at Law
2424 Edenborn Avenue
Suite 670
Metairie, LA 70001

Jordan T. Lacoste (Appellee)
Kevin M. Melchi (Appellee)
Attorneys at Law
365 Canal Street
Suite 1710
New Orleans, LA 70130

Emma C. Dedman (Appellee)
Sidney W. Degan, III (Appellee)
Attorney at Law
400 Poydras Street
Suite 2600
New Orleans, LA 70130

Laurence D. LeSueur, Jr. (Appellee)
Robert A. Waldrup (Appellee)
Attorney at Law
909 Poydras Street
Suite 2350
New Orleans, LA 70112

Graycen Wood (Appellee)
Sabrina Haurin (Appellee)
Law Firm of Bailey Cavalieri LLC
10 West Broad Street
Suite 2100
Columbus, OH 43215

Ashton R. O'Dwyer, Jr. (Appellant)
2829 Timmons Lane
Unit 143
Houston, TX 77027

Jay R. Sever (Appellee)
Attorney at Law
365 Canal Street
Suite 2000
New Orleans, LA 70130

Andre C. Gaudin (Appellee)
Craig J. Canizaro (Appellee)
Attorney at Law
5213 Airline Drive
Metairie, LA 70001

Michael R. Goodstein (Appellee)
Bailey Cavalieri LLC
10 West Broad Street
Suite 2100
Columbus, OH 43215

Frank X. Neuner, Jr. (Appellee)
Katelyn B. Courville (Appellee)
Nicholas G. Jones (Appellee)
Attorneys at Law
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503